**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) ) Plaintiff, ) ) v. ) ) Randy Hays ) ) Defendant. ) ) | CauseNo. 4:18-CR-975 RWS/JMB |

### DEFENDANT'S MOTION FOR LEAVE TO TRAVEL

COMES NOW, Defendant Randy Hays, by and through counsel, and for his Motion for Leave to Travel states to this Honorable Court as follows:

1. Defendant wishes to travel via automobile from St. Louis, MO to Paragould, AR. from December 14, 2018 to December 16, 2018.  He will provide the exact location to his pre-trial services officer.

2. The purpose of the travel is to visit Defendant's family for the holidays.

3. The travel was planned prior to the return of the Indictment in the above styled case.

4. Defendant's Initial Appearance was November 30, 2018.  He was released on his own recognizance at that time.

5. Defendant's next court appearance is set for an Arraignment on December 6, 2018 at 9:30 a.m.

WHEREFORE, Defendant requests this Honorable Court to grant leave to travel and for any further orders this Court deems appropriate.

Respectfully submitted,

MILLIKAN WRIGHT, LLC

By:    */s/ Brian P. Millikan*
      Brian P. Millikan, #50900MO
      12180 Old Big Bend Road
      Kirkwood Missouri 63122
      (314) 621-0622 (Telephone)
      (866) 640-0289 (Telefacsimile)
      bmillikan@millikanwright.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of December, 2018, a copy of the foregoing **DEFENDANT'S MOTION FOR LEAVE TO TRAVEL** was filed electronically with the Clerk of the Court in the United States District Court, Eastern District of Missouri, Eastern Division and to be served by the operation of the Court's electronic filing system upon all attorneys of record.

      /s/ Brian P. Millikan