**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | Cause No. 4:18-CR-975-CDP |
| v. ) | |
| ) | |
| DUSTIN BOONE, ) | |
| RANDY HAYS, ) | |
| CHRISTOPHER MYERS, and ) | |
| BAILEY COLLETTA ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' UNOPPOSED JOINT MOTION FOR CONTINUANCE**

COME NOW, Defendants Dustin Boone, Randy Hays, Christopher Myers, and Bailey Colletta (hereinafter "Defendants"), by and through counsel, and, for their Joint Motion for Continuance, state as follows:

1. On June 24, 2019, this cause was set for jury trial on August 19, 2019.

2. Counsel for all Defendants have previously scheduled trials and hearings in other matters that will prevent them from adequately preparing for what is anticipated to be a lengthy trial.

3. In addition, the government has discovery that must be reviewed at its office that some Defendants have not yet inspected. This discovery may prove relevant to the defenses of several defendants on one or more counts.

4. Defendants, through counsel, are in contact with the government to arrange for dates to review this material.

1

5. Co-Counsel for Bailey Colletta recently had a surgical procedure on June 20, 2019, and he has been, and will be undergoing rehabilitation therapy for an estimated period of six to eight weeks during which time he will be on a limited work schedule.

6. This is the Defendants' first request for a continuance.

7. Counsel for the Government does not oppose this motion.

8. The motion is filed in good faith and is not designed to unnecessarily delay this proceeding.

WHEREFORE, Defendants Dustin Boone, Randy Hays, Christopher Myers, and Bailey Colletta respectfully request that the Court grant their Joint Motion for Continuance and further request that the Court set a scheduling conference with counsel for all parties.

Respectfully submitted:

By:  */s/ Brian P. Millikan*_____
Brian P. Millikan, #50900MO
12180 Old Big Bend Road
Kirkwood Missouri 63122
(314) 621-0622 (Telephone)
(866) 640-0289 (Telefacsimile)
bmillikan@millikanwright.com
Attorney for Randy Hays

By:  */s/ Patrick S. Kilgore*_____
Patrick S. Kilgore, #44150MO
1015 Locust, Suite 914
St. Louis, Missouri 63101
(314) 621-1800 (Telephone)
(314) 621-4222 (Facsimile)
patrick@patrickkilgorelaw.com
Attorney for Dustin Boone

        By:    /s/ *Adam D. Fein*
ADAM D. FEIN, # 52255 MO
120 S. Central Avenue, Suite 130
Clayton, Missouri 63105
(314) 862-4332/Facsimile (314) 862-8050
Email: afein@rsflawfirm.com
Attorney for Christopher Meyers


        By:   /s/ JOHN A. KILO
JOHN A. KILO, #21674MO
        By:   /s/ MICHAEL W. FLYNN
MICHAEL W. FLYNN, #23342MO
Attorneys for Defendant Bailey Colletta
5840 Oakland Avenue
St. Louis, Missouri 63110
TELE:    314/647-8910
FAX:     314/647-3134
E-MAIL:  jkilo@kiloflynn.com
              mflynn@kiloflynn.com


## CERTIFICATE OF SERVICE

    I hereby certify that on the 12th day of July, 2019, a copy of the foregoing **DEFENDANTS' JOINT MOTION FOR CONTINUANCE** was filed electronically with the Clerk of the Court in the United States District Court, Eastern District of Missouri, Eastern Division and to be served by the operation of the Court's electronic filing system upon all attorneys of record.

        /s/  Brian P. Millikan