UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:18 CR 975 CDP-2 |
| ) | |
| RANDY HAYS, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter is before the Court on defendant Randy Hays' motion for severance. Pursuant to 28 U.S.C. § 636(b), the motions were referred to United States Magistrate John M. Bodenhausen, who held a hearing and then recommended that the motions be denied. Neither party filed objections. I have conducted *de novo* review of the motion to sever, including reviewing the motion and the law and listening to the recording of the hearing before Judge Bodenhausen. After due consideration, I will adopt and sustain the thorough reasoning of Magistrate Judge Bodenhausen and will deny Randy Hays' motion for severance.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge [87] is **SUSTAINED, ADOPTED, and**

**INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Randy Hays' motion for severance [67] is denied.

                                                                         _____
                                                                         CATHERINE D. PERRY
                                                                         UNITED STATES DISTRICT JUDGE

Dated this 29th day of July, 2019.