**United States District Court**
Eastern District of Missouri
111 S. 10th Street, Rm.3.300
St. Louis, Missouri 63102

*Gregory J. Linhares*  Phone: 314-244-7900
 *Clerk of Court*

IN RE: THE BUSINESS OF THE COURT

# ORDER

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to forward the following domestic passports to the United States Department of State, CA/PPT/A 44132 Mercure Circle, PO BOX 1243, Sterling, VA  20166-1243.

| Defendant Name | Passport Number | Case Number | JCC Date |
|---|---|---|---|
| Boles, Kevin | 536927187 | 4:19-CR-000411-001-RLW | 07/08/2021 |
| Colletta, Bailey | 545113587 | 4:18-CR-000975-004-ERW | 07/15/2021 |
| Colletta, Bailey | 427706984 (expired) | 4:18-CR-000975-004-ERW | 07/15/2021 |
| Hays, Randy | 435528055 | 4:18-CR-000975-002-ERW | 07/13/2021 |
| Morhaus, Michael | 486174114 | 4:21-CR-000270-001-SEP | 08/10/2021 |
| Vaughn, Anthony | 537517681 | 4:20-CR-000332-001-AGF | 08/27/2021 |
| Zannad, Nader | 570461219 | 4:19-CR-000411-006-RLW | 08/25/2021 |

Dated this 31st day of August, 2021.

_____
Rodney W. Sippel
Chief United States District Judge